**Order filed October 20, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00485-CV
_____

### CARL POSTON AND SHEREA POSTON, Appellants

### V.

### WACHOVIA MORTGAGE CORP, Appellee

**On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2008-13692A**

## O R D E R

Appellants' brief was due October 5, 2011. No brief or motion for extension of time has been filed.

Unless appellants submit a brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **November 21, 2011**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM